JUDGE BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | NO.  CR05-5468FDB |
| ) | |
| vs. ) | ORDER MODIFYING TERMS |
| ) | OF APPEARANCE BOND |
| VITALIY VASILYEVICH GOLYAKOV, ) | |
|     Defendant. ) | |

THIS MATTER having come on before the above-entitled Court, upon the Motion of the Defendant, VITALIY VASILYEVICH GOLYAKOV, it appearing that the Government has agreed to the terms of the requested modification and the probation department has similarly approved said modification, the Court finding that it is appropriate for the appearance bond for the Defendant of January 30, 2004, to be modified in part, now, therefore, it is hereby

ORDERED that the appearance bond for the Defendant dated January 30, 2004, is hereby amended as follows:  Defendant, VITALIY VASILYEVICH GOLYAKOV is hereby authorized to travel to the following locations for business purposes and to fulfill employment obligations only:   Eastern District of

/

Order Modifying Terms of Appearance Bond -1

THOMAS A. CENA, JR.
Attorney at Law
2115 North 30th, Suite 201
Tacoma, WA  98403
(253) 572-5120  Fax: (253) 593-4503
E-MAIL:  TomC55@nventure.com

Washington and the states of Alaska, Arizona, California, Colorado, Idaho, Illinois, Michigan, Minnesota, Missouri, Montana, New Jersey, Nevada, Oregon, Utah and Virginia.

Defendant will keep his attorney up-to-date with regard to all business travel plans and remain available to his attorney for contact.

DONE IN OPEN COURT this 8th day of September, 2005.

　　　　　　　　　　　　　　 /s/ Franklin D Burgess _____
　　　　　　　　　　　　　　JUDGE FRANKLIN D. BURGESS

Presented by

/s/ Thomas A. Cena, Jr.
_____
THOMAS A. CENA, JR., WSBA NO. 6539
Attorney for Defendant

Approved and Notice of Presentment Waived:

/s/ Douglas Hill
_____
DOUGLAS HILL
Assistant United States Attorney

Order Modifying Terms of Appearance Bond -2

THOMAS A. CENA, JR.
Attorney at Law
2115 North 30th, Suite 201
Tacoma, WA  98403
(253) 572-5120  Fax: (253) 593-4503
E-MAIL: TomC55@nventure.com